SHIRLI F. WEISS (Bar No. 079225)
CHRISTOPHER M. YOUNG (Bar No. 163319)
NOAH A. KATSELL (Bar No. 217090)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701
shirli.weiss@dlapiper.com
christopher.young@dlapiper.com
noah.katsell@dlapiper.com

PAUL J. HALL (Bar No. 66084)
DLA PIPER LLP (US)
555 Mission Street Suite 2400
San Francisco, CA 94105
Tel:  415.836.2500
Fax:  619.699.2701
paul.hall@dlapiper.com

Attorneys for Defendant
GROUPON, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM EIDENMULLER, on Behalf of Himself and All Other Similarly Situated and the General Public,<br><br>                              Plaintiff,<br><br>          v.<br><br>GROUPON, INC., a Delaware Corporation,<br><br>                              Defendants. | CASE NO.  4:11-cv-00984 (SBA)<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Case Management Conference:<br><br>Date:        June 22, 2011<br>Time:        2:30 p.m. via telephone<br>Courtroom:  1<br>Judge:       Hon. Saundra Brown Armstrong |

1    Plaintiff William Eidenmuller ("Plaintiff") and Defendant Groupon, Inc. ("Groupon") by

2    and through their respective attorneys of record, stipulate as follows:

3    1.    The initial Case Management Conference in this action is set for June 22, 2011 at

4    2:30 p.m. via telephone.

5    2.    Pursuant to the Order Setting Initial Case Management Conference, the deadline to

6    file the Rule 26(f) Report, complete initial disclosures or state objections to initial disclosures in

7    the Rule 26(f) Report, and file the Case Management Conference Statement is June 8, 2011, and

8    the deadline for the parties to meet and confer pursuant to Rule 26(f), file the ADR Certification,

9    and file either a stipulation to ADR Process or Notice of Need for ADR Phone Conference is

10    May 25, 2011.

11    3.    On May 16, 2011, the Judicial Panel on Multidistrict Litigation ("JPML") will

12    hear a motion to consolidate this case, along with other cases pending against Groupon

13    and certain "retailer" defendants in various district courts and involving similar allegations

14    ("MDL Motion").

15    4.    The parties have previously stipulated and agreed to extend Groupon's time to

16    respond to the complaint until (i) 45 days after the filing of a Consolidated Amended Complaint

17    or whatever other deadline is set by the transferee court, in the event the JPML grants the MDL

18    Motion, or (ii) 45 days after service of the JPML's decision on the MDL Motion to consolidate or

19    whatever deadline is set by this Court, in the event the JPML denies the MDL Motion to

20    consolidate

21    5.    In light of the above, the parties hereby stipulate and request that the Court stay all

22    currently pending dates and deadlines in this matter, including the Case Management Conference

23    currently scheduled for June 22, 2011 at 2:30 p.m., pending the JPML's decision on the MDL

24    Motion.  The parties further request that in the event the JPML denies the MDL Motion, the

25    /////

26    /////

27    /////

28    /////

1   Court reset the Case Management Conference for a date no sooner than 45 days after service of

2   the JPML's decision on the MDL Motion.

3   **IT IS SO STIPULATED**.

4

5   Dated:  April 28, 2011

6                                                DLA PIPER LLP (US)

7                                                By    s/ Christopher M. Young
                                                       _____
8                                                   SHIRLI F. WEISS
                                                    PAUL J. HALL
9                                                   CHRISTOPHER M. YOUNG
                                                    NOAH A. KATSELL
10                                                  Attorneys for Defendant
                                                    GROUPON, INC.
11

12  Dated:  April 28, 2011                        BONNETT, FAIRBOURN, FRIEDMAN &
                                                 BALINT, P.C.
13
                                                 By    s/ Andrew S. Friedman
14                                                     _____
                                                    ANDREW S. FRIEDMAN
15                                                  ELAINE A. RYAN
                                                    PATRICIA N. SYVERSON
16                                                  TODD D. CARPENTER
                                                    Attorneys for Plaintiff
17                                                  WILLIAM EIDENMULLER

18          I, Christopher M. Young, attest that concurrence in the filing of this document has been

19  obtained from each of the signatories.  I declare under penalty of perjury under the laws of the

20  United States of America that the foregoing is true and correct.  Executed on this 28th day of

21  April, 2011 at San Diego, California.

22                                               By:    s/ Christopher M. Young
                                                       _____
23                                                  CHRISTOPHER M. YOUNG
                                                    Attorney for Defendant Groupon, Inc.
24

25

26

27

28

**<u>ORDER</u>**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS HEREBY

ORDERED that all dates and deadlines in this matter are stayed pending the decision of the

Judicial Panel on Multidistrict Litigation ("JPML") on the MDL Motion to consolidate. ~~The Case~~

~~Management Conference currently scheduled for June 22, 2011 at 2:30 p.m. is taken off calendar,~~

~~and shall be rescheduled for a date no sooner than 45 days after service of the JPML's decision on~~

~~the MDL Motion, in the event the JPML denies the MDL Motion~~.  The telephonic Case

Management Conference currently scheduled for June 22, 2011is CONTINUED to **<u>September 7,</u>**

**<u>2011 at 3:30 p.m.</u>**  Prior to the date scheduled for the conference, the parties shall meet and

confer and prepare a joint Case Management Conference Statement.  The joint statement shall be

filed no later than ten (10) days prior to the conference and shall comply with the Standing Order

for All Judges of the Northern District of California and the Standing Order of this Court.

Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.

All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated:  April 29, 2011

The Hon. Saundra Brown Armstrong
U.S. District Court Judge